# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

NICOLETA NICA                                                          PLAINTIFF

v.                          No. 4:19-cv-77-DPM

KRYSTAL LOPEZ                                                          DEFENDANT

## ORDER

**1.** Motion, № 4, granted as modified. For good cause, the Court extends Nica's time to serve Lopez until 31 July 2019. FED. R. CIV. P. 4(m).

**2.** Nica has been diligent, extraordinarily so, in attempting to serve Lopez. The Court, however, has concerns about the effectiveness of service by warning order or email.

**3.** The Court therefore orders the U.S. Marshals Service to serve Krystal Lopez in person (not by mail) by 31 July 2019. Nica must deliver a copy of this Order, her motion (№ 4) for background information, the summons, and the complaint to the Marshal by 19 June 2019. In due course, the Marshal must file a return of service.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 June 2019