# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

NICOLETA NICA                                                              PLAINTIFF

v.                              No. 4:19-cv-77-DPM

KRYSTAL LOPEZ                                                              DEFENDANT

## JUDGMENT

Nica's complaint is dismissed with prejudice. The Court retains jurisdiction until 31 December 2021 to enforce the parties' settlement.

*D.P. Marshall Jr.*
United States District Judge

14 July 2021