IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICOLETA NICA                                                                    PLAINTIFF

v.                                    No. 4:19-cv-77-DPM

KRYSTAL LOPEZ                                                                  DEFENDANT

## AMENDED JUDGMENT

Nicoleta Nica shall have judgment against Krystal Lopez for $31,500, pre-judgment interest of $512.53 (6% from 23 August 2021 to today), plus a reasonable attorney's fee for efforts to enforce the parties' settlement agreement and any related costs incurred as allowed by law. FED. R. CIV. P. 54(d); 28 U.S.C. § 1920; ARK. CODE ANN. § 16-22-308. Any motion for fees and costs must be filed by 15 December 2021. This Judgment shall bear interest at 0.20% until satisfied in full.

_____
D.P. Marshall Jr.
United States District Judge

29 November 2021