IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

NICOLETA NICA                                                              PLAINTIFF

v.                              No. 4:19-cv-77-DPM

KRYSTAL LOPEZ                                                             DEFENDANT

## ORDER

1.     Nica has sought, and the Clerk of Court issued, several writs of garnishment.  Zelle and U.S. Bank have not answered.  Nica has not objected or sought a hearing.  ARK. CODE ANN. § 16-110-407(a).  The writs against Zelle and U.S. Bank are therefore dismissed without prejudice.

2.     The Clerk also issued a writ with embedded interrogatories to Cash App, c/o Block, Inc., an entity based in California.  Cash App did not respond to the writ's allegations, but it did answer the interrogatories.  It has $3,350.46 of Lopez's money.  No lawyer has appeared for Cash App.  The interrogatory answers are neither signed nor verified.  Approximately seven weeks have passed since Cash App filed these discovery responses.  Neither Lopez, the judgment debtor, nor Nica has objected or sought a hearing.  Arkansas precedent construing the current garnishment statutes and predecessors holds that the various procedural requirements can be waived.  *Bohner v. Faught*, 237 Ark. 639, 374 S.W.2d 825 (1964).  The

next step here, though, would be an Order from this Court to Cash App to pay Lopez's money to Nica. And it is not clear to the Court that Cash App, or Block, Inc., has consented to this Court's personal jurisdiction to direct that action. The writ to Cash App, therefore, will remain in limbo until Nica addresses the Court's concerns, there is a definitive word from Cash App (through counsel), or the parties file some agreement about this $3,350.46. Responding papers due by 10 February 2023.

  So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 January 2023