IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICOLETA NICA**                                                                 **PLAINTIFF**

v.                              No. 4:19-cv-77-DPM

**KRYSTAL LOPEZ**                                                               **DEFENDANT**

**CASH APP, C/O Block, Inc.**                                               **GARNISHEE**

### ORDER

Block, Inc. has responded to the writ of garnishment and embedded interrogatories, *Doc. 55*, and the parties have reached an agreement about Lopez's money, *Doc. 56*. The Court directs Block, Inc. to pay $3,352.43 to Nica, care of her lawyers, Wright, Lindsey, & Jennings LLP in Little Rock, Arkansas. The writ of garnishment, *Doc. 51*, is dismissed.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 February 2023